UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KURT KANAM, et al., )
)
        **Plaintiffs** )
)
v. ) Civil Case No. 21-1690 (RJL)
)
DEB HAALAND, in her Official )
capacity as United States Secretary of )
the Interior, et al. )
)
        **Defendants.** )

**ORDER**
June 28, 2022 [Dkt. # 7]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby **ORDERED** that Defendant's Motion to Dismiss [Dkt. # 7] is **GRANTED**; it is further

**ORDERED** that Plaintiffs' Motion for Leave to Amend [Dkt. # 10] is **DENIED**; it is further

**ORDERED** that Plaintiffs' [Second] Motion for Leave to Amend [Dkt. # 23] is **DENIED**; it is further

**ORDERED** that Plaintiffs' Motion for Expedited Hearing [Dkt. # 24] is **DENIED AS MOOT**; it is further

**ORDERED** that Plaintiffs' Motion for Leave to File Memorandum of Law in Support of Plaintiff's Expedited Complaint for Administrative Review, Declaratory, Injunctive, and Mandamus Relief [Dkt. # 25] is **DENIED AS MOOT**; it is further

2

**ORDERED** that Plaintiffs' Motion to Compel Administrative Record [Dkt. # 29] is **DENIED AS MOOT**; it is further

**ORDERED** that the case is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge